**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   KIMBERLY MONIQUE LOWE                          CASE NO: 09-16860
                                                        CHAPTER 13

         DEBTORS(S)                                     JUDGE: JACK B SCHMETTERER


                                                        NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   BAC HOME LOANS SERVICING

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 5238    9054CRANDON | $ 540.62 | $ 540.62 | $ 540.62 |

Total Amount Paid the Trustee                                                          $ 540.62

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                      X  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:09-16860

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 19th day of   September, 2012.

Debtor(s)

KIMBERLY MONIQUE LOWE
9054 S CRANDON
CHICAGO IL 60617

Debtors Attorney

GERACI LAW LLC
55 E MONROE # 3400
CHICAGO IL 606030000

Mortgage Arrearage Creditor

BAC HOME LOANS SERVICING
400 COUNTRYWIDE WAY
SIMI VALLEY CA 93065

Electronic Service US Trustee

Date: September 19, 2012                  /s/ Tom Vaughn

                                          Tom Vaughn, Chapter 13 Trustee
                                          Chapter 13 Trustee
                                          55 East Monroe Street, Suite 3850
                                          Chicago, Ill   60603